JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EHAB MAAMOUN, an individual; SARAH ETMAN MAAMOUN, an individual; and DOES 1 through 10,<br><br>　　　　　　Defendants. | Case No. SACV 11-1690-JVS (MLGx)<br><br>**ORDER AND FINAL JUDGMENT ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNTAIVE PARTIAL SUMMARY JUDGMENT**<br><br>[FRCP 54(b)]<br><br>Judge:　　　Hon. James V. Selna<br>Courtroom:　10C<br>Date:　　　　April 15, 2013<br>Time:　　　　1:30 p.m. |

　　　　First National Insurance Company of America's Motion for Summary Judgment, or in the alternative Partial Summary Judgment on its First Cause of Action for Breach of Contract-Indemnity Agreement, and its Second Cause of Action for Specific Performance of Indemnity Agreement, came on for hearing on April 15, 2013, the Honorable James V. Selna presiding.  The evidence presented having been fully considered, the issues having been duly heard, the Court, having rendered a decision granting the Motion in favor of First National, hereby expressly determines there is no reason for delay and the Court hereby directs entry of this judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that First National is entitled to Judgment on its First Cause of Action for Breach of Contract-Indemnity Agreement against Defendants EHAB MAAMOUN and SARAH ETMAN MAAMOUN. Judgment is hereby entered in the amount of **$861,819.63** against Defendants EHAB MAAMOUN and SARAH ETMAN MAAMOUN.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that First National is entitled to Judgment on its Second Cause of Action for Specific Performance of Indemnity Agreement against Defendants EHAB MAAMOUN and SARAH ETMAN MAAMOUN. Judgment is hereby entered directing Defendants EHAB MAAMOUN and SARAH ETMAN MAAMOUN to provide First National with collateral in the amount of **$339,602.00.**

IT IS SO ORDERED.

DATED: April 18, 2013

Honorable James V. Selna
United States District Judge